1018

[No. 19885-1-II.    Division Two.    March 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK
ARTHUR CADWELL, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 95-1-00341-6, Ray Hinea, J. Pro Tem.,
entered August 22, 1995. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Houghton, C.J., and Arm-
strong, J.

[No. 36689-1-I.    Division One.    March 10, 1997.]

MICHAEL CASPARY, ET AL., *Appellants*, v. THE STATE
OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-2-05411-4, Joseph A. Thibodeau, J.,
entered April 14, 1995. *Affirmed* by unpublished opinion
per Kennedy, J., concurred in by Baker, C.J., and Agid, J.

[No. 37610-1-I.    Division One.    March 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
KEITH POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03496-5, Sally Phillips Pasette, J.,
entered September 1, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 37968-2-I.    Division One.    March 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC J.
CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05647-6, Marsha J. Pechman, J., entered
December 13, 1995. *Affirmed* by unpublished per curiam
opinion.